GEORGE M. ALEXANDER
622 – 55th Street
Oakland, California 94609
Telephone: (510) 472-5101

*Debtor in Propria Persona*



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

GEORGE M. ALEXANDER,

Debtor.

Case No: 14-44025-MEH13
Chapter 13

**DEBTORS REQUEST FOR DEFAULT ORDER ON MOTION TO VALUE COLLATERAL; AND DEADLINE TO OBJECT**

*No Hearing Necessary Unless Requested*

TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, INTERESTED CREDITOR, CREDITORS COUNSEL, THE UNITED STATES TRUSTEE AND ALL CONCERNED AND INTERESTED PARTIES:

1. Pursuant to Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, on October 07, 2014 a "Chapter 13 Plan Motion to Value Collateral; Notice of Deadline to Object" was forwarded to the attention of FRANKLIN CREDIT MANAGEMENT CORP. ("Creditor") located at 101 Hudson Street, 25th Floor, Jersey City, New Jersey 07302 via priority mail tracking number 9114 9012 3080 1053 6237 10 advising of Debtors intent to strip creditors security interest in the subject property located at 622 – 55th Street, Oakland, California 94609-1602. An additional set of Notices were also sent to CSC Lawyers Incorporating Service, Agent for Service of Process for FRANKLIN CREDIT

MANAGEMENT CORP. at 2710 Gateway Oaks Drive, #150N, Sacramento, California 95833.

2. By this motion, Debtor seeks an order valuing the Bank's Claim at zero dollars ($0.00). (If the court makes an order, pursuant to this motion, valuing the Bank's Claim at zero dollars ($0.00), the, upon entry of a discharge or completion of plan payments in this case, Debtor will request an appropriate form of judgment voiding the lien securing the Bank's Claim).

3. This motion is being made on the ground that there is no value to secure the claim, that is, on the ground that the value of the Collateral is less than the amount secured by the senior lien (the first deed of trust) on the Collateral. The motion is based on this Notice of Opportunity for Hearing on Motion to Value Security; the Motion to Value Security; the Declaration of George M. Alexander Supporting Motion to Value Security; and the Memorandum of Points and Authorities Supporting Motion to Value Security, all of which are being filed and served herewith, upon all of the records and documents on file with the court in this case, and upon such evidence and arguments as may be presented at the hearing on this motion.

4. Debtor has reserved the Motion and Time for Objections to be submitted no later than Thursday, October 30, 2014. As of the date of this writing, Friday, October 31, 2014, creditor has failed to respond to debtors Chapter 13 Plan Motion to Value Collateral; Notice of Deadline to Object. A copy of the USPS logistic tracking summary confirm that documents were delivered to creditor on Thursday, October 09, 2014 at 7:10 A.M..

5. In view of creditors failure to respond and object to debtors Chapter 13 Plan Motion to Value Collateral (*strip creditors security interest in the subject property*), debtor hereby submits this formal appeal to the court to grant debtors request for a Default Order in this matter

DEBTOR REQUEST FOR DEFAULT ORDER ON MOTION TO VALUE COLLATERAL; AND DEADLINE TO OBJECT

Case 14-44025    Doc# 19    Filed: 11/03/14    Entered: 11/04/14 08:33:39    Page 2 of 4

1 | so that the motion may be granted by the time of our next Confirmation Hearing.

3 | Dated: October 31, 2014

*[signature: George M. Alexander]*
GEORGE M. ALEXANDER
Pro se' Debtor


  /s/GEORGE M. ALEXANDER
_____


• Attachment: USPS Confirmation of Notice Delivery

DEBTOR REQUEST FOR DEFAULT ORDER ON MOTION TO VALUE COLLATERAL; AND DEADLINE TO OBJECT

English    Customer Service    USPS Mobile                                      Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 9114901230801053623710**

On Time
**Expected Delivery Day: Thursday, October 9, 2014**

## Product & Tracking Information

**Postal Product:**            **Features:**
Priority Mail 2-Day™           $50 insurance included        USPS Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 9, 2014, 7:10 am** | Delivered | **JERSEY CITY, NJ 07303** |

Your item was delivered at 7:10 am on October 9, 2014 in JERSEY CITY, NJ 07303.

| | | |
|---|---|---|
| October 9, 2014, 6:35 am | Arrived at Post Office | JERSEY CITY, NJ 07302 |
| October 9, 2014, 1:25 am | Departed USPS Facility | KEARNY, NJ 07032 |
| October 8, 2014, 9:30 pm | Arrived at USPS Facility | KEARNY, NJ 07032 |
| October 7, 2014, 6:19 pm | Departed Post Office | SAN LEANDRO, CA 94578 |
| October 7, 2014, 4:26 pm | Acceptance | SAN LEANDRO, CA 94578 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

[                                    ]    Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

Copyright© 2014 USPS. All Rights Reserved.

Case: 14-44025    Doc# 19    Filed: 11/03/14    Entered: 11/04/14 08:33:39    Page 4 of 4