

The following constitutes
the order of the court. Signed November 13, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

GEORGE M. ALEXANDER,

    Debtor.

Case No. 14-44025 CN
Chapter 13

**ORDER DIRECTING DEBTOR TO FILE REVISED DECLARATION IN SUPPORT OF MOTION TO VALUE**

On October 2, 2014, the Debtor filed a motion to value his residence [D.E. #5] (the "Motion") located at 622 - 55th Street, Oakland, CA. The Debtor seeks to value his residence and "strip off" the lien held by creditor Franklin Credit Management. The Motion did not include a copy of Franklin Credit Management's deed of trust against his residence. The declaration submitted in support of the Motion also contained several irregularities. First, the declaration is attributed to an individual named "Jessica Pete" rather than the Debtor. Second, the declaration values the Debtor's residence at $30,000 while the Debtor's schedules value his residence at $590,312. On November 4, 2014, creditor Bosco Credit, LLC filed an opposition to the Motion. Good cause appearing,

**IT IS HEREBY ORDERED** that:

1.     The Debtor must file a revised declaration identifying himself as the declarant. The revised declaration must also address any discrepancy between the value of the Debtor's residence in the declaration, and the value of the Debtor's residence as stated in his schedules. The revised declaration must also include a copy of the second deed of trust against the residence.

1

2. The Debtor must serve the revised declaration and another copy of the Motion on the Chapter 13 Trustee and all secured creditors, including creditor Bosco Credit, LLC, by **November 21, 2014**. If anyone objects to the Motion and revised declaration within 21 days of service, the Debtor shall set the matter for hearing on proper notice according to the Local Rules.

*** * * END OF ORDER * * ***

**UNITED STATES BANKRUPTCY COURT**
**For The Northern District Of California**

**ORDER DIRECTING DEBTOR TO FILE REVISED DECLARATION**

Case No. 14-44025 CN

**<u>COURT SERVICE LIST</u>**

Alan Steven Wolf
The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614

3

**ORDER DIRECTING DEBTOR TO FILE REVISED DECLARATION**
Case: 14-44025    Doc# 27    Filed: 11/13/14    Entered: 11/14/14 09:12:48    Page 3 of 3