Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>GEORGE M. ALEXANDER,<br><br>Debtor. | Case No. 14-44025<br><br>Chapter 13<br><br>**PREHEARING STATEMENT RE WELLS FARGO BANK, N.A.'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>CONFIRMATION HEARING:<br><br>Date: March 31, 2015<br>Time: 10:00 am<br>Ctrm: 215<br>United States Bankruptcy Court<br>1300 Clay St., Oakland, CA 94612 |

Wells Fargo Bank, N.A.[1] (hereinafter "Wells Fargo"), secured creditor of the above-entitled Debtor, George M. Alexander (hereinafter "Debtor"), hereby submits its Prehearing Statement re Objection to Confirmation of Chapter 13 Plan.

1. <u>Date and Time of Telephone Conference:</u>  Counsel for Wells Fargo telephoned Debtor at the number listed on his petition - (510) 422-5101 – several times on March 23, 2015,

---

[1] This Prehearing Statement shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in this proceeding. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

and received a message each time indicating that the number dialed is invalid. Wells Fargo's counsel was unable to leave a voicemail.

2. <u>Factual/Legal Issues in Dispute:</u> Wells Fargo's pre-petition arrearage is in the sum of $3,644.08 (POC 1-1), yet Debtor's Plan does not list Wells Fargo's pre-petition arrears in any amount.

3. <u>Time Estimate for Resolution:</u> Wells Fargo's objection will likely not be resolved until either an amended plan is filed providing for its arrears or a court order is entered sustaining Wells Fargo's objection for the proposed plan's failure to do so.

Respectfully submitted,

PITE DUNCAN, LLP

Dated: March 23, 2015   /s/ *Arnold L. Graff* (SBN 269170)
Attorneys for Movant WELLS FARGO BANK, N.A.

Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re | Case No. 14-44025 |
| GEORGE M. ALEXANDER , | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE BY MAIL** |

I, Anne E. Penaloza, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On March 23, 2015, I served the PREHEARING STATEMENT RE WELLS FARGO BANK, N.A.'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 23, 2015, at San Diego, California.

/s/ *Anne E. Penaloza*
ANNE E. PENALOZA

# SERVICE LIST

**DEBTOR (PRO SE)**

George M. Alexander
622 55th St
Oakland, CA  94609


**CHAPTER 13 TRUSTEE (via electronic notice)**

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
13trustee@oak13.com


**U.S. TRUSTEE (via electronic notice)**

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
USTPRegion17.OA.ECF@usdoj.gov